# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

        *Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        *Defendants-Appellants*.

No. 26-5045

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1) and this Court's Order of February 5, 2026, Plaintiffs-Appellees José Escobar Molina, B.S.R., N.S., R.S.M., and CASA, Inc. certify as follows:

    **A.**    **Parties and *Amici***

Plaintiffs-Appellees are José Escobar Molina, B.S.R., N.S., and R.S.M., all individually and on behalf of all others similarly situated; and CASA, Inc. Defendants-Appellants are U.S. Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. Department of Justice; Pamela Bondi, in her official capacity as Attorney General

of the United States; U.S. Immigration and Customs Enforcement; Todd M. Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. Customs and Border Protection; Rodney S. Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Border Patrol; Michael W. Banks, in his official capacity as Chief of U.S. Border Patrol; U.S. Drug Enforcement Administration; and Terrence E. Cole, in his official capacity as Administrator of the U.S. Drug Enforcement Administration.

The following *amici curiae* filed briefs in support of Plaintiffs-Appellees in the district court: 8th Day Faith Community; African Communities Together; All Souls Church, Unitarian; Ayuda; Bread for the City; Busboys and Poets; Cardinal McElroy, Roman Catholic Archbishop of Washington; Chefs Stopping AAPI Hate; Christ Lutheran Church, Inc.; Children's Law Center; Council Fire; DC Affordable Law Firm; D.C. Alliance for Charter Teachers and Staff Local 1927; Dumbarton United Methodist Church; Episcopal Diocese of Washington; Erik Bruner-Yang; First Congregational UCC; Franciscan Action Network; Immigrant Food; Impact GC, LLP; individual educators at District of Columbia Public Schools; Legal Aid DC; Luther Place Memorial Church; MASA Group; Metropolitan Washington D.C. Synod of the Evangelical Lutheran Church in America, Inc.; Pax Christi USA; Peace Fellowship Church; Rev. Dr. Rose Herr Wayland, Sixth Presbyterian Church; Rev. Rachel Cornwell, Dumbarton United Methodist Church; Sacred Heart Roman

Catholic Church; Sixth Presbyterian Church; St. Matthews Episcopal; St. Stephen and the Incarnation Episcopal Church; The Catholic University of America; The Festival Center; Thrift the District; Tzedek DC; Washington DC Congregation, Community of Christ; Washington National Cathedral; and Washington Teachers' Union.  No other *amici curiae* appeared in the district court.

In addition, Lawyers Defending American Democracy (LDAD) filed a "Notice of intention to participate as amicus curiae" in support of Plaintiffs-Appellees in this Court on February 27, 2026.

### B.    Rulings Under Review

Defendants-Appellants appeal from the December 2, 2025, Order (ECF No. 67) and Memorandum Opinion (ECF No. 68) of the United States District Court for the District of Columbia (Howell, J.) in Civil Action No. 25-03417, granting Plaintiffs-Appellees' motion for a preliminary injunction.  The Order and Memorandum Opinion are reported at *Escobar Molina v. DHS*, __ F. Supp. 3d __, 2025 WL 3465518 (D.D.C. Dec. 2, 2025).

### C.    Related Cases

There are no related cases of which counsel are aware.

Dated: March 9, 2026							Respectfully submitted,

                                                 */s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union
Foundation of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org

*Attorney for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate as to Parties, Rulings, and Related Cases was served on all parties on March 9, 2026, via the Court's CM/ECF system, which sends automatic notification to counsel of record via email.

*/s/ Aditi Shah*
Aditi Shah