JOSE ESCOBAR MOLINA et al.,

Plaintiffs-Appellants,

v.

DEPARTMENT OF HOMELAND
SECURITY et al.,

Defendants-Appellees.

No. 26-5045
Civ A. No. 25-3417

## STATEMENT OF ISSUES

Pursuant to this Court's order dated February 5, 2026, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is:

Whether the district court correctly determined that Plaintiffs established that they were entitled to an order preliminarily enjoining Defendants' alleged policy of conducting warrantless immigration arrests without probable cause and an escape risk assessment.

\*   \*   \*

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ John J. Bardo*

JOHN J. BARDO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-6770
john.bardo@usdoj.gov

*Attorneys for the United States of America*

Dated: March 9, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

*/s/ John J. Bardo*

JOHN J. BARDO
Assistant United States Attorney