# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5045**                    **September Term, 2025**

**1:25-cv-03417-BAH**

**Filed On: May 7, 2026** [2172307]

Jose Escobar Molina, et al.,

      Appellees

    v.

United States Department of Homeland
Security, et al.,

      Appellants

## O R D E R

Upon consideration of appellees' consent motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | July 27, 2026 |
| Appellees' Brief | August 26, 2026 |
| Amicus Curiae for Appellees' Brief | September 2, 2026 |
| Appellants' Reply Brief | September 23, 2026 |
| Deferred Appendix | September 30, 2026 |
| Final Briefs | October 14, 2026 |

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk