# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5045**                                   **September Term, 2025**

**1:25-cv-03417-BAH**

**Filed On: July 20, 2026** [2184087]

Jose Escobar Molina, et al.,

        Appellees

    v.

United States Department of Homeland
Security, et al.,

        Appellants

## O R D E R

Upon consideration of appellants' consent motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 27, 2026 |
| Appellees' Brief | September 28, 2026 |
| Amicus Curiae for Appellees' Brief | October 5, 2026 |
| Appellants' Reply Brief | October 26, 2026 |
| Deferred Appendix | November 2, 2026 |
| Final Briefs | November 16, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk