**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants-Appellants. | No. 26-5045 |

## CONSENT MOTION TO EXTEND BRIEFING SCHEDULE

Under Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), the government respectfully requests, with Plaintiffs-Appellees' consent, that the deadline to file its reply brief be extended from October 26, 2026, to November 9, 2026, and that the Court extend the remaining briefing schedule as follows:

| | |
|---|---|
| Amicus Curiae for Appellees' Brief: | October 19 |
| Appellants' Reply Brief: | November 9 |
| Deferred Appendix: | November 16 |
| Final Briefs: | December 1 |

Good cause exists to extend the briefing schedule. Undersigned counsel has a particularly demanding schedule over the coming weeks, including several briefing deadlines and oral arguments in multiple courts of appeals, as well as travel obligations. Additional time is therefore needed to prepare the government's reply brief, accounting for internal review and input by the relevant agencies.

Although the government previously sought an extension of the briefing schedule at an earlier stage of this appeal, this is the government's first request to extend the deadline for its reply brief.

The undersigned counsel contacted counsel for Plaintiffs-Appellees, who indicated that Plaintiffs-Appellees consent to the requested extension.

For the foregoing reasons, this Court should grant the requested extension of the briefing schedule.

Respectfully submitted,

*/s/ Daniel F. Mummolo*
DANIEL F. MUMMOLO
*Counsel to the Assistant Attorney General*

*U.S. Department of Justice*
*Civil Division*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-6054*
*daniel.f.mummolo@usdoj.gov*

September 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

*/s/ Daniel F. Mummolo*
DANIEL F. MUMMOLO

## CERTIFICATE OF COMPLIANCE

I certify that this motion has been prepared in a proportionally spaced typeface using a 14-point CenturyExpd BT font. I further certify that it contains 194 words, according to the count of Word for Microsoft 365.

*/s/ Daniel F. Mummolo*
DANIEL F. MUMMOLO