# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5045** **September Term, 2026**

**1:25-cv-03417-BAH**

**Filed On: October 2, 2026** **[2196138]**

Jose Escobar Molina, et al.,

Appellees

v.

United States Department of Homeland Security, et al.,

Appellants

**O R D E R**

Upon consideration of the government's consent motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Amicus Curiae for Appellees' Brief | October 19, 2026 |
| Appellants' Reply Brief | November 9, 2026 |
| Deferred Appendix | November 16, 2026 |
| Final Briefs | December 1, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk