NOT YET SCHEDULED FOR ORAL ARGUMENT

Case No. 26-5045

IN THE

# United States Court of Appeals for the District of Columbia Circuit

JOSE ESCOBAR MOLINA *et al.*,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*,

*Defendants-Appellants*.

*On Appeal from the United States District Court*
*for the District of Columbia*
*(No. 1:25-cv-03417)*

**NOTICE OF INTENT OF THE CATO INSTITUTE, FAIR AND JUST PROSECUTION, AND THE LAW ENFORCEMENT ACTION PARTNERSHIP TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

Matthew P. Cavedon
*Counsel of Record*
Michael Z. Fox
CATO INSTITUTE
1000 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(706) 309-2859
mcavedon@cato.org
*Counsel for Amicus Curiae*

Preston Shipp
Estela Dimas
Octavia Carson
FAIR AND JUST PROSECUTION
pshipp@fairandjustprosecution.org
edimas@fairandjustprosecution.org
ocarson@fairandjustprosecution.org

Dated: October 16, 2026

## CORPORATE DISCLOSURE STATEMENT

*Amicus Curiae* the Cato Institute is a nonprofit corporation. It has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities to the public. Pursuant to D.C. Circuit Rule 26.1(a), the Cato Institute states that it is a 501(c)(3) nonprofit organization dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Project on Criminal Justice focuses on the proper role and scope of the criminal justice system in a free society.

*Amicus curiae* the Law Enforcement Action Partnership (LEAP) is a nonprofit organization whose members include police, prosecutors, judges, corrections officials, and other law enforcement officials who advocate for criminal justice and drug policy reforms that will make our communities safer and more just.

*Amicus curiae* Fair and Just Prosecution is a project of the Tides Center, brings together elected prosecutors from both urban and rural communities around the nation as part of a network of leaders committed to a justice system grounded in fairness, equity, compassion, and fiscal responsibility.

Dated: October 16, 2026

/s/Matthew P. Cavedon
Matthew P. Cavedon

*Counsel for Amicus Curiae*

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Fed. R. App. P. 29(a), D.C. Circuit Rule 29(a), the Cato Institute represents that it intends to participate in this case as *amicus curiae*. The Parties have consented to the filing of this *amicus* brief.

The Cato Institute is a nonpartisan public policy research foundation founded in 1977 and dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Project on Criminal Justice was founded in 1999 and focuses in particular on the scope of substantive criminal liability, the proper and effective role of police in their communities, the protection of constitutional and statutory safeguards for criminal suspects and defendants, citizen participation in the criminal justice system, and accountability for law enforcement officers.

*Amici* respectfully submits that this notice is timely filed under D.C. Circuit Rule 29(a). *Amici* intend to file their brief no later than October 19, 2026 in accordance with D.C. Circuit Rule 29(a)(6). Counsel certifies that this brief contains arguments distinct from and complementary to Appellee's brief.

Respectfully submitted,

/s/Matthew P. Cavedon

Matthew P. Cavedon
*Counsel of Record*
Michael Z. Fox
CATO INSTITUTE
1000 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(706) 309-2859
mcavedon@cato.org
*Counsel for Amicus Curiae*

Preston Shipp
Estela Dimas
Octavia Carson
FAIR AND JUST PROSECUTION
pshipp@fairandjustprosecution.org
edimas@fairandjustprosecution.org
ocarson@fairandjustprosecution.org

Dated: October 16, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by CM/ECF.

/s/Matthew P. Cavedon
Matthew P. Cavedon

Dated: October 16, 2026

*Counsel for Amicus Curiae*