**ORAL ARGUMENT NOT YET SCHEDULED**

No. 26-5045

IN THE

# United States Court of Appeals for the District of Columbia Circuit

JOSÉ ESCOBAR MOLINA, *et al.*,
*Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Columbia, 1:25-cv-03417 (Howell, J.)

**BRIEF OF CHURCHES, FAITH LEADERS, AND RELIGIOUS ORGANIZATIONS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

DANIEL E. GONZALEZ
HOGAN LOVELLS CADWALADER US LLP
600 Brickell Ave, Suite 2700
Miami, Florida 33131

DANA A. RAPHAEL
*Counsel of Record*
MICHAEL G. JACOBSON
HIBA AHMED
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-3694
dana.raphael@hlc.com

*Counsel for Amici*

October 19, 2026

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A. PARTIES AND AMICI

1. All parties and amici appearing in this Court are listed in Appellees' brief, except for amici who had not yet entered an appearance in this case as of the filing of Appellees' brief. Those amici are the Cato Institute; Fair and Just Prosecution; the Law Enforcement Action Partnership; Washington Teachers Union; District of Columbia Alliance of Charter Teachers and Staff Local 1927; Federation for American Immigration Reform; Individual Educators; Erik Bruner-Yang; Chefs Stopping AAPI Hate; Council Fire; Immigrant Food; ImpactGC, LLP; Masa Group; Thrift the District; District of Columbia; California; Colorado; Arizona; Connecticut; Delaware; Hawai'i; Illinois; Maine; Maryland; Massachusetts; Michigan; Minnesota; Nevada; New Jersey; New Mexico; New York; Oregon; Rhode Island; Vermont; Virginia; and Washington.

2. Amici are a multidenominational group of 16 faith leaders, places of worship, and religious organizations based in the District of Columbia. Amici are: 8th Day Faith Community; The Catholic University of America; Christ Lutheran Church; First Congregational United Church of Christ; Franciscan Action Network; Luther Place Memorial Church; The Metropolitan Washington, DC Synod, ELCA; Pax Christi USA; The Protestant Episcopal Cathedral Foundation d/b/a Washington National Cathedral; Reverend Rachel Cornwell, Pastor, Dumbarton United

Methodist Church; Roman Catholic Archbishop of Washington, a corporation sole, d/b/a Archdiocese of Washington; The Rt. Rev. Mariann Edgar Budde; Shrine of the Sacred Heart Catholic Church; Sixth Presbyterian Church; St. Stephen and the Incarnation Episcopal Church; and the Washington, DC Congregation, Community of Christ.

Amici state that they have no parent organizations and no publicly held company has a 10% or greater interest in any Amicus.

**B. RULINGS UNDER REVIEW**

Reference to the ruling under review appears in Appellees' brief.

**C. RELATED CASES**

Reference to any related cases pending before this Court appears in Appellees' brief.

/s/ Dana A. Raphael
Dana A. Raphael

## CERTIFICATE PURSUANT TO D.C. CIRCUIT RULE 29

Pursuant to D.C. Circuit Rule 29(b), undersigned counsel for amici curiae represents that all parties have consented to the filing of this brief.[1]

Pursuant to Rule 29(d), undersigned counsel also certifies that this separate brief is necessary because amici are a coalition of churches, faith leaders, and religious organizations offering a distinct and unique perspective on the burdens that the challenged policy imposes on religious worship, faith communities, and the exercise of religion. No other amicus brief is expected to address these interests in the same manner or from the same perspective.

[1] No party's counsel authored this brief in whole or in part. No party, party's counsel, or any person other than amici or their counsel contributed money intended to fund preparing or submitting this brief.

# TABLE OF CONTENTS

Page

CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES .............i

CERTIFICATE PURSUANT TO D.C. CIRCUIT RULE 29 ...............................iii

TABLE OF AUTHORITIES ..........................................................................iv

STATEMENT OF INTEREST .......................................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT .....................................3

STATUTE AND REGULATION ...................................................................4

ARGUMENT ...............................................................................................4

I. THE CHALLENGED POLICY HAS STOKED FEAR AND HAS CHILLED THE RELIGIOUS EXERCISE OF INDIVIDUAL WORSHIPPERS .........................................................................5

II. THE CHALLENGED POLICY HAS BURDENED RELIGIOUS INSTITUTIONAL INTERESTS IN FAIR TREATMENT OF ALL MEMBERS OF THEIR COMMUNITIES ............................................8

CONCLUSION ...........................................................................................15

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

Page(s)

**CASES:**

*Capitol Hill Baptist Church v. Bowser*,
496 F. Supp. 3d 284 (D.D.C. 2020)....................5

*Everson v. Bd. of Educ. of Ewing Twp.*,
330 U.S. 1 (1947)....................4

*Roman Cath. Diocese of Brooklyn v. Cuomo*,
592 U.S. 14 (2020)....................4, 5

**OTHER AUTHORITIES:**

*2023-24 U.S. Religious Landscape Study (RLS) Dataset*, Pew Resch. Ctr. (2025), https://tinylink.net/qOY7U....................6

*Bishops' Statements on Migration*, Just. for Immigrants, https://tinyurl.com/4kuckhfz (last visited Oct. 19, 2026)....................8

Capitol Hill United Methodist Church, *Migrant Ministries,* https://tinyurl.com/4xz273sa (last visited Oct. 19, 2026)....................11

Patrick Davis et al., *These Churches Offer Shelter and Sanctuary to Vulnerable Migrants. Here's Why*, NPR (Mar. 25, 2025), https://tinyurl.com/7wwwtysp....................11

Jason DeRose & Sarah Ventre, *Bishop Mariann Edgar Budde Confronts Trump in Sermon*, NPR (Jan. 21, 2025), https://tinyurl.com/3dcu54p4....................10

* Madalaine Elhabbal, *ICE Arrests Take Toll on DC Churches*, EWTN News (Aug. 21, 2025), https://tinyurl.com/nhbss56e....................6, 7

Episcopal Diocese of Washington, *Immigrants, Refugees & Partnerships*, https://tinyurl.com/bdz86cax (last visited Oct. 19, 2026)....................12

Connor Greene, *Pope Leo Is Becoming Increasingly Vocal About Defending Immigrants from Trump's Crackdown*, Time (Oct. 15, 2025), https://tinyurl.com/ykde6cc3....................9

* Authorities upon which we chiefly rely are marked with an asterisk.

**TABLE OF AUTHORITIES—Continued**

Page(s)

Heather Hahn, *United Methodists Join Suit Against Trump Policy*, United Methodist Insight (Sep. 11, 2025), https://tinyurl.com/mumrahrj ....................11

Aleja Hertzler-McCain et al., *D.C. Churches See a Drop in Attendance as Congregants Fear Immigration Action*, NPR (Aug. 24, 2025), https://tinyurl.com/52pttznj ....................7

Shireen Korkzan, *Episcopal Coalition for Racial Equity Calls on Church to Publicly Support Migrants*, Episcopal News Serv. (Oct. 21, 2025), https://tinyurl.com/mwknr2x4 ....................10

Jens Manuel Krogstad et al., *Among U.S. Latinos, Catholicism Continues to Decline but is Still the Largest Faith*, Pew Resch. Ctr. (Apr. 13, 2023), https://tinyurl.com/9unyex43 ....................6

Cardinal Robert McElroy, Archbishop of Washington, *Homily, Mass for the 111th World Day of Migrants and Refugees* (Sep. 28, 2025), https://tinyurl.com/5aby2het ....................1

Shannon Schumacher et al., *Understanding the U.S. Immigrant Experience: The 2023/KFF LA Times Survey of Immigrants*, KFF (Sep. 17, 2023), https://tinyurl.com/bdeh6dju ....................7

Ittai Sopher, *"Keep Off Our Property": DC Area Christian Leaders Ask ICE to Stop Parking in Church Parking Lots*, WUSA9 (Aug. 23, 2025), https://tinyurl.com/6rbmebmv....................14

David Staniunas, *Standing "On the Kingdom Side of History"*, Presbyterian News Serv. (Oct. 22, 2025), https://tinyurl.com/5849c7yd ....................10

St. Matthew's Cathedral, *English Classes 2025*, https://tinyurl.com/2k65fepw (last visited Oct. 19, 2026) ....................12

United Methodist Church, *Emergency Solidarity Fund*, https://tinyurl.com/489fwcxj (last updated Feb. 2026)....................12

**TABLE OF AUTHORITIES—Continued**

Page(s)

Rev. Dr. Jamie Washam et al., *The Church as Refuge: A Pastoral Response to Mass Deportations*, Am. Baptist Home Mission Societies (July 3, 2025), https://tinyurl.com/mu9aah6c ....................................10

* Washington Nat'l Cathedral, *Sanctuary Ministry*, https://tinyurl.com/y5sxhc3v (last visited Oct. 19, 2026)................................12

* Mark Zimmerman, *As Undocumented Immigrants Face Policy Unleashing "Fear and Terror," Catholics Should Stand in Solidarity with Them, Cardinal McElroy Says*, Catholic Standard (Sep. 29, 2025), https://tinyurl.com/ycy7ddbf.................................................9

**RELIGIOUS TEXT:**

*1 Corinthians* 12:27 ..........................................................................................5

*Leviticus* 19:34 ..............................................................................................11

*Luke* 10:25-37...............................................................................................11

*Matthew* 25:40...............................................................................................11

Sahih al-Bukhari, *Call to Prayers (Adhaan)*, https://tinyurl.com/3uw5ze63 (last visited Oct. 19, 2026)................................5

## STATEMENT OF INTEREST

Amici write to describe the real and sustained burdens that the challenged policy would place on local faith communities—burdening individual worshippers and religious institutions alike. Amici represent a broad and diverse coalition of places of worship, clergy, and religious organizations that have long served immigrant communities in Washington, D.C. and beyond. The missions of these faith communities are rooted in principles of compassion, justice, and the safeguarding of human dignity. Many amici provide not just spiritual guidance, but also essential resources such as legal assistance, counseling, and community outreach programs. Their commitment to welcoming strangers, loving their neighbors, and caring for vulnerable populations is at the heart of their faith traditions. As one local faith leader put it, contrary to the missions of faith organizations, immigration enforcement has a "simple and unitary" goal: "to rob undocumented immigrants of any real peace in their life." Cardinal Robert McElroy, Archbishop of Washington, *Homily, Mass for the 111th World Day of Migrants and Refugees* 1 (Sep. 28, 2025), https://tinyurl.com/5aby2het.

Furthermore, immigration sweeps and illegal arrests rob documented immigrants and non-immigrants of their peace as lawful members of the community. This type of marginalization is the antithesis of the lessons taught across faiths. Indeed, pursuant to the faith-based call to love our neighbors as we love ourselves,

Amici feel an obligation to stand in the gap for the people who are most affected by the government's illegal arrests—through both advocacy and action.

Amici have a shared interest in ensuring that individual worshippers are free to practice their faith without fear. Amici have firsthand experience with the chilling effect that the challenged policy and the attitudes underlying it have had on congregants and on their ability to exercise their faith freely. Amici are all too familiar with accounts of worshippers unable to participate in religious services out of fear of being subject to warrantless arrests while traveling to their places of worship. The challenged policy chills the religious exercise of anyone who government agents perceive to be foreign-born, regardless of whether they are documented, undocumented, or immigrants at all.

Amici are also concerned with the burden placed on religious institutions. Faith communities have a divine obligation to extend compassion and support to others, particularly vulnerable populations. To meet that obligation, faith leaders have denounced policies like the one challenged in this case. Local leaders have taken steps to alleviate burdens on local Latino and immigrant communities—providing food, shelter, support, and guidance as members of those communities attempt to navigate the regime of harsh, indiscriminate, and potentially unlawful application of federal immigration laws. Nevertheless, and as explained below, the allocation of resources to address these pressing concerns comes at a cost.

For these reasons and in support of Plaintiffs-Appellees, Amici have joined together to highlight the significance of the current moment and why this Court should affirm the injunction.

**INTRODUCTION AND SUMMARY OF ARGUMENT**

The District Court correctly enjoined a government policy that has inflicted substantial harms on faith communities in Washington, D.C. The challenged immigration enforcement practices have spread fear throughout the District and deterred individuals from participating in everyday aspects of community life. For many worshippers, that includes attending religious services and other faith-based activities.

Amici are churches, faith leaders, and religious organizations that serve immigrant communities across the District. They have witnessed firsthand the effects of the challenged policy. Congregants were afraid to travel to worship services. Attendance declined as a consequence. Religious institutions were forced to divert resources to address the resulting disruption and fear.

The significant harm caused by these indiscriminate actions underscores why the balance of equities and public interest support affirming the District Court's injunction. The challenged practices burdened religious exercise, interfered with the ability of faith communities to carry out their missions, and imposed costs on

institutions seeking to serve vulnerable populations. Because the injunction protects against these harms, this Court should affirm.

## STATUTE AND REGULATION

The relevant statute and regulation are reproduced in Appellants' Addendum.

## ARGUMENT

The burdens that the challenged policy placed on local faith communities and the organizations that serve them were felt at both the institutional and individual levels. Those burdens, as described below, should factor into this Court's analysis of Plaintiffs-Appellees' harm and the balance of equities. The First Amendment forbids the Government from deploying power in a manner that deters or chills the exercise of religion. *See Everson v. Bd. of Educ. of Ewing Twp.*, 330 U.S. 1, 18 (1947) ("State power is no more to be used so as to handicap religions, than it is to favor them."). The Supreme Court has held that "the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (citation omitted).

The government's practice of conducting arbitrary arrests without warrants or probable cause has caused and would continue to cause irreparable harm to the faith community—both at the individual and institutional levels. In Washington, D.C., the government's policy of illegally arresting people perceived by government agents to

be immigrants has interfered with the free exercise of religion. In-person attendance at some religious services declined significantly, causing some religious leaders to alter their approach to in-person worship. This governmental burden on the free exercise of religion harms the public interest. As discussed below, the significant effects of the challenged policy support affirming the preliminary injunction.

## I. THE CHALLENGED POLICY HAS STOKED FEAR AND HAS CHILLED THE RELIGIOUS EXERCISE OF INDIVIDUAL WORSHIPPERS.

For many, religious practice has a cadence. For example, many Christians attend religious activities or services at least once a week. *See Roman Cath. Diocese of Brooklyn*, 592 U.S. at 19. Across denominations, congregations are called to worship in person together. *See id.*; *Hebrews* 10:25 (admonishing worshippers to not forsake assembling together); *1 Corinthians* 12:27 (admonishing a church to meet regularly as "the body of Christ"); *see also* Sahih al-Bukhari, *Call to Prayers (Adhaan)*, 645, https://tinyurl.com/3uw5ze63 (last visited Oct. 19, 2026) ("The prayer in congregation is twenty seven times superior to the prayer offered by person alone."). Indeed, for many churches, "a weekly in-person worship gathering of the entire congregation is a religious conviction for which there is no substitute." *Capitol Hill Baptist Church v. Bowser*, 496 F. Supp. 3d 284, 289 (D.D.C. 2020).

The government's policy of arresting individuals perceived to be immigrants without a warrant or any individualized assessment to justify that intrusion harmed

members of local faith communities. Policies like the one challenged here affect how safe congregants feel in their places of worship. That is a big deal: Among adults in the Washington, D.C. metro area, two-thirds identify as religious. *See 2023-24 U.S. Religious Landscape Study (RLS) Dataset*, Pew Resch. Ctr. (2025), https://tinylink.net/qOY7U. That percentage increases when looking at the Latino community, which is particularly affected by the enjoined government policy. Three out of four Hispanic adults identify themselves as religious—among them, 43% identify as Catholic, 21% as Protestant, and 4% as other faiths. Jens Manuel Krogstad et al., *Among U.S. Latinos, Catholicism Continues to Decline but is Still the Largest Faith*, Pew Resch. Ctr. (Apr. 13, 2023), https://tinyurl.com/9unyex43.

Here, in the nation's capital, immigration officers have intimidated and detained individuals on their way to attend religious services or community programs. *See* Madalaine Elhabbal, *ICE Arrests Take Toll on DC Churches*, EWTN News (Aug. 21, 2025), https://tinyurl.com/nhbss56e (six members of Amicus Sacred Heart Roman Catholic Church were detained by ICE while traveling to or from Mass, including individuals in marriage preparation, confirmation class, and catechetical class). Even when members of a congregation have not themselves been detained, they must travel through neighborhoods like Columbia Heights and Mount Pleasant where roving squads of immigration officers have patrolled, looking for people who appear to be Latino or are perceived to be from outside the United States.

*Id.* The deterrent effects are felt by citizen and noncitizen worshippers alike. Shannon Schumacher et al., *Understanding the U.S. Immigrant Experience: The 2023/KFF LA Times Survey of Immigrants*, KFF (Sep. 17, 2023), https://tinyurl.com/bdeh6dju ("Fears of detention and deportation are a concern for immigrants across immigration statuses."); Aleja Hertzler-McCain et al., *D.C. Churches See a Drop in Attendance as Congregants Fear Immigration Action*, NPR (Aug. 24, 2025), https://tinyurl.com/52pttznj ("[T]he church's WhatsApp groups were full of sightings of agents and immigration detentions and just a lot of fear. And that fear even extends to citizens and people with legal status because they say they're afraid of racial profiling").

Local worshippers responded by taking precautions to avoid being arrested. Some congregants gathered in groups when traveling to and from services. Some resorted to taking alternate routes or modes of transportation. Some traveled with red "rights cards" that they could hand to immigration officers in the event of an encounter. Many also spoke with advisors to develop "deportation plans" that outline their wishes for their children, pets, and belongings. But often, congregants fearing arrest or deportation made the understandable but unfortunate choice to stay away from their places of worship altogether.

Just take the experience of one Amicus, Shrine of the Sacred Heart Catholic Church—a Catholic parish with a large immigrant population located in the

Columbia Heights neighborhood—where, before the District Court granted the preliminary injunction, Sunday service attendance had declined by an average of 500 individuals after policies like the one challenged here were implemented. These burdens on religious participation confirm that the equities favor affirming the District Court's injunction: The injunction protects worshippers' ability to gather and exercise their faith, while preventing unlawful enforcement practices.

## II. THE CHALLENGED POLICY HAS BURDENED RELIGIOUS INSTITUTIONAL INTERESTS IN FAIR TREATMENT OF ALL MEMBERS OF THEIR COMMUNITIES.

The burdens of the government's unlawful arrests were felt not only by individuals but also by churches and other religious institutions. Since the implementation of illegal methods of immigration enforcement, churches and faith leaders have spoken out against policies like the one challenged here. Catholic leaders—whose congregations are particularly affected by the challenged policy due to the requirement for Catholics to attend Mass and the high percentage of Latino Catholics—have been particularly vocal. *See Bishops' Statements on Migration*, Just. for Immigrants, https://tinyurl.com/4kuckhfz (last visited Oct. 19, 2026) (collecting statements and noting that "Catholic bishops from across the country have reiterated their support for vulnerable migrant populations"). Cardinal Robert McElroy, the Roman Catholic Archbishop of Washington, for example, explained that "our government is engaged in—by its own admission and by the tumultuous

enforcement actions it has launched—a comprehensive campaign to uproot millions of families and hard-working men and women who have come to our country seeking a better life that includes contributing to building up the most important elements of our culture and society." Mark Zimmerman, *As Undocumented Immigrants Face Policy Unleashing 'Fear and Terror,' Catholics Should Stand In Solidarity with Them, Cardinal McElroy Says*, Catholic Standard (Sep. 29, 2025), https://tinyurl.com/ycy7ddbf. And it is the church's "first obligation," Cardinal McElroy continued, to "console and peacefully stand in solidarity with the undocumented men and women whose lives are being upended by the government's campaign of fear and terror." *Id.*

Pope Leo XIV has also joined the chorus of Catholic leaders who object to what he called "inhuman" treatment of immigrants. *See* Connor Greene, *Pope Leo Is Becoming Increasingly Vocal About Defending Immigrants from Trump's Crackdown*, Time (Oct. 15, 2025), https://tinyurl.com/ykde6cc3. His Holiness said that immigrants should not be treated with "the coldness of indifference or the stigma of discrimination" and called on members of his church to "advocate for society to respect the human dignity of the most vulnerable." *Id.*

The faith community's response is not limited to Catholics. Across denominations, faith leaders have spoken out against immigration enforcement policies like the one challenged in this case. Episcopal Bishop Mariann Budde gave

a sermon calling for compassion and urging that, regardless of documentation, immigrants are essential members of our communities: They are the "people who pick our crops and clean our office buildings; who labor in poultry farms and meat packing plants; who wash the dishes after we eat in restaurants and work the night shifts in hospitals." Jason DeRose & Sarah Ventre, *Bishop Mariann Edgar Budde Confronts Trump in Sermon*, NPR (Jan. 21, 2025), https://tinyurl.com/3dcu54p4. Other members of the Episcopal clergy—including a reverend for the Washington, D.C. region—urged that "[t]he church cannot remain silent" and "strongly denounce[d] any policies" criminalizing community members "because of their language, skin color, or cultural heritage." Shireen Korkzan, *Episcopal Coalition for Racial Equity Calls on Church to Publicly Support Migrants*, Episcopal News Serv. (Oct. 21, 2025), https://tinyurl.com/mwknr2x4.

Presbyterian church leaders have likewise discussed the need to "stand up to hate and cruelty." David Staniunas, *Standing 'On the Kingdom Side of History'*, Presbyterian News Serv. (Oct. 22, 2025), https://tinyurl.com/5849c7yd. Baptist leaders, too, have written of the church's "role as a sanctuary, ally, advocate, or pastoral presence in the broader movement for immigration justice." Rev. Dr. Jamie Washam et al., *The Church as Refuge: A Pastoral Response to Mass Deportations*, Am. Baptist Home Mission Societies (July 3, 2025), https://tinyurl.com/mu9aah6c. And Methodist leaders have emphasized the "obligation to resist injustice" and the

"biblical mandate for us to welcome the foreigner, to care for them." Heather Hahn, *United Methodists Join Suit Against Trump Policy*, United Methodist Insight (Sep. 11, 2025), https://tinyurl.com/mumrahrj.

Religious leaders have also felt the need to use church resources to counteract the effects the challenged policy has had on their communities. Scriptural teachings call on worshippers to do more than identify injustices—the teachings require action. For example, the Bible tells Christians they will be judged by how they treat the marginalized and the oppressed. *Matthew* 25:40. Catholic homilies draw on the story of the Good Samaritan, which teaches that—no matter race, color, or creed—we should treat everyone like neighbors. *Luke* 10:25-37. "The foreigner residing among you must be treated as your native-born." *Leviticus* 19:34.

These core pillars of faith have driven churches in the city to act. With efforts increasing in response to enforcement policies, churches have long offered hot meals, clothing, and hygiene supplies to immigrant communities. *See, e.g.*, Capitol Hill United Methodist Church, *Migrant Ministries*, https://tinyurl.com/4xz273sa (last visited Oct. 19, 2026). Providing shelter for immigrants has also been a priority for churches in the city. *See, e.g.*, Patrick Davis et al., *These Churches Offer Shelter and Sanctuary to Vulnerable Migrants. Here's Why*, NPR (Mar. 25, 2025), https://tinyurl.com/7wwwtysp. Acting on their obligation to "love thy neighbor," some churches have established funds to help members of immigrant communities

afraid to leave their homes for work, school, or grocery shopping. *See, e.g.*, United Methodist Church, *Emergency Solidarity Fund*, https://tinyurl.com/489fwcxj (last updated Feb. 2026). Some committed to serving as "sanctuary ministries" that provide support and solidarity for immigrants at risk of detention, deportation, or family separation. *See, e.g.*, Washington Nat'l Cathedral, *Sanctuary Ministry*, https://tinyurl.com/y5sxhc3v (last visited Oct. 19, 2026). Some provided English language classes that aid with integration and aim to help immigrants reduce their exposure to profiling. *See, e.g.*, St. Matthew's Cathedral, *English Classes 2025*, https://tinyurl.com/2k65fepw (last visited Oct. 19, 2026). Others hosted know-your-rights seminars to inform immigrants on how to respond if confronted by immigration enforcement. *See, e.g.*, Episcopal Diocese of Washington, *Immigrants, Refugees & Partnerships*, https://tinyurl.com/bdz86cax (last visited Oct. 19, 2026). In addition to those direct services, faith organizations around the country have filed lawsuits to enjoin unlawful immigration enforcement on First Amendment grounds.[2]

Importantly, the enhanced focus on the immigrant community has burdened Amici. For example, one Amicus has, through one of its leaders—himself an

---

[2] *See, e.g.*, *Mennonite Church USA v. Dep't of Homeland Sec.*, No. 1:25-cv-00403 (D.D.C. 2025); *Philadelphia Yearly Meeting of the Religious Soc'y of Friends v. Dep't of Homeland Sec.*, No. 8:25-cv-00243 (D. Md. 2025); *Pineros y Campesinos Unidos del Noroeste v. Noem*, No. 6:25-cv-00699 (D. Or. 2025); *New England Synod, Evangelical Lutheran Church in Am. v. Dep't of Homeland Sec.*, No. 4:25-cv-40102 (D. Mass. 2025).

immigrant—described his church's response to unlawful immigration enforcement. As the reverend explained, the church has a Latino group that worships in Spanish and has been an important part of the congregation (and the neighborhood) for more than two decades. But because of the practice of indiscriminate immigration enforcement, the group had to meet virtually. The reverend and church leadership made the choice to cancel a Spanish-language service when, one Sunday morning, there were several immigration enforcement vehicles parked in an adjacent parking lot. Believing it was unsafe for his Spanish-speaking members to attend in those conditions, church leadership hurriedly called around to inform people to stay home.

The reverend shared that, beyond the religious significance of that choice to cancel a service, the challenged policy forced other actions with real consequences. The church had to purchase the audio and visual equipment needed to provide live streaming of the Spanish service and recruit volunteers to operate it. The church also needed to change the procession of service to accommodate people participating online, all while understanding that full participation was impossible for remote viewers given the centrality of in-person practices like communion. The reverend also described the difficult choices to close the church doors during service and to enlist volunteers to function as doorkeepers. Church staff and volunteers needed to be trained on how to respond in the event of an immigration raid. That experience was but one example of the very real burdens the challenged policy imposed on faith

communities throughout the city. In another example, law enforcement presence forced churches like Fellowship Baptist Church to rework how they operated food pantries. *See* Ittai Sopher, *"Keep Off Our Property" DC Area Christian Leaders Ask ICE to Stop Parking in Church Parking Lots*, WUSA9 (Aug. 23, 2025), https://tinyurl.com/6rbmebmv; *see, e.g.*, Br. of Religious Leaders & Howard Univ. School of Law at 7-10, *District of Columbia v. Trump*, No. 1:25-cv-03005 (D.D.C. 2025), ECF No. 24-1 (collecting examples of the burdens that unlawful enforcement practices place on churches).

* * *

In sum, the challenged policy has placed real and sustained burdens on local faith communities, and those burdens support affirming the preliminary injunction the District Court granted to Plaintiffs-Appellees. This disruption to religious practice, community life, and emotional well-being is not easily remedied. Many congregants have shared feelings of isolation and fear, reporting that these changes weakened the sense of fellowship that is central to their faith communities. Church leaders continue to advocate for a return to lawful, predictable enforcement of immigration laws as well as safe, inclusive spaces where all members—regardless of immigration status—can travel to religious services and worship together without apprehension.

## CONCLUSION

The Court should affirm the preliminary injunction.

Respectfully submitted,

/s/ Dana A. Raphael
DANA A. RAPHAEL
*Counsel of Record*
MICHAEL G. JACOBSON
HIBA AHMED
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-3694
dana.raphael@hlc.com

DANIEL E. GONZALEZ
HOGAN LOVELLS CADWALADER US LLP
600 Brickell Ave, Suite 2700
Miami, Florida 33131

*Counsel for Amici*

October 19, 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned hereby certifies that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because this brief contains 3,107 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Dana A. Raphael
Dana A. Raphael

October 19, 2026

## CERTIFICATE OF SERVICE

I certify that on October 19, 2026, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Dana A. Raphael
Dana A. Raphael