ORAL ARGUMENT NOT YET SCHEDULED

**No. 26-5045**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

JOSÉ ESCOBAR MOLINA, et al.,

*Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al.,

*Defendants-Appellants*

On Appeal from the United States District Court for the District of Columbia

# NOTICE OF INTENT OF LEGAL SERVICES ORGANIZATIONS TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLEES AND AFFIRMANCE

Megan D. Browder
Legal Aid DC
1331 H Street, NW, Suite 350
Washington, D.C. 20005
Telephone: (202) 661-5967
mbrowder@legalaiddc.org

*Counsel for Amici*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. Rules 29(a)(4) and 28(a)(1)(A), *amici* certify that (1) *amici* are non-profit, tax-exempt organizations that have issued no stock; have no parent corporation; and no publicly-owned corporation owns 10% or more of their stock; (2) the brief was authored entirely by counsel for the *amici curiae* and not by counsel for any party, in whole or in part; (3) no party or counsel for any party contributed money to fund preparing or submitting the attached brief; and (4) apart from *amici curiae*, no other person contributed money to fund preparing or submitting the attached brief.

Dated: October 19, 2026

*/s/ Megan D. Browder*
Megan D. Browder

## NOTICE OF INTENT TO FILE AN *AMICI CURIAE* BRIEF

Pursuant to Fed. R. App. P. 29(a) and D.C. Circuit Rule 29(a), Legal Aid DC, African Communities Together, Ayuda, Bread for the City, Children's Law Center, DC Affordable Law Firm, and Tzedek DC represent that they intend to participate in this case as *amici curiae*. The Parties have consented to the filing of this *amici curiae* brief. *Amici* are legal services organizations that represent and assist District of Columbia residents living in poverty and those living in low and moderate-income households, the majority of whom are people of color. *Amici* are legal services organizations in the District of Columbia that provide legal assistance to District residents living in poverty, including residents with low-income. *Amicus* Legal Aid DC ("Legal Aid") is the oldest and largest general services legal service provider in the District, providing direct legal services to more than 10,000 District residents annually. *Amicus* African Communities Together is a membership-based organization of African immigrants fighting for civil rights, opportunity, and a better life for themselves and their families. *Amicus* Ayuda advocates for low-income immigrants through direct legal, social and language services, training and outreach in Washington, D.C., Maryland, and Virginia. *Amicus* Bread for the City is a nonprofit organization that each year provides more than 30,000 low-income residents of Washington, D.C., with free comprehensive services, including supplemental food, clothing, medical care,

social services, and legal services. *Amicus* Children's Law Center ("CLC") uses the law to advocate for city-wide solutions that will allow District children to grow up free from poverty, trauma and other forms of oppression. Since its founding in 1996, CLC has reached more than 50,000 children and families directly. *Amicus* DC Affordable Law Firm is a leading legal services organization providing free and accessible legal representation to more than 500 modest- and low-income DC residents each year — empowering the 1 in 5 residents otherwise excluded from the legal marketplace with critical legal services in central areas of human need. *Amicus* Tzedek DC works to safeguard the legal rights and financial health of low-income District Residents dealing with abusive debt collection practices and other consumer related issues. *Amici*'s brief will provide the Court with perspectives of District legal services providers on important issues raised in this case.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Megan D. Browder*

Megan D. Browder (D.C. Bar No. 1552273)
Legal Aid DC
1331 H Street, NW, Suite 350
Washington, D.C. 20005
Telephone: (202) 661-5967
Fax: (202) 727-2132
E-mail: mbrowder@legalaiddc.org

*Counsel for Amici*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, the foregoing Notice of Intent to File an *Amici Curiae* Brief was served by electronically filing using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Megan Browder*
Megan Browder
Counsel for *amici*