# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Jose Escobar Molina et al.

v.

U.S. Dep't of Homeland Security et al.

**Case No:** 26-5045

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Amici States [see attached list]

### Counsel Information

Lead Counsel: Karthik P. Reddy

Direct Phone: ( 202 ) 890-9259 Fax: ( 202 ) 347-8922 Email: karthik.reddy@dc.gov

2nd Counsel: Caroline Van Zile

Direct Phone: ( 202 ) 724-6609 Fax: ( 202 ) 347-8922 Email: caroline.vanzile@dc.gov

3rd Counsel: Ashwin P. Phatak

Direct Phone: ( 202 ) 442-9807 Fax: ( 202 ) 347-8922 Email: ashwin.phatak@dc.gov

Firm Name: Office of the Attorney General for the District of Columbia

Firm Address: 400 6th St. NW Ste. 8100, Washington, DC 20001

Firm Phone: ( 202 ) 727-3400 Fax: ( 202 ) 347-8922 Email: oag@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

ADDENDUM TO PARTY INFORMATION
LIST OF AMICI STATES

- District of Columbia
- State of California
- State of Colorado
- State of Arizona
- State of Connecticut
- State of Delaware
- State of Hawai‘i
- State of Illinois
- State of Maine
- State of Maryland
- Commonwealth of Massachusetts
- State of Michigan
- State of Minnesota
- State of Nevada
- State of New Jersey
- State of New Mexico
- State of New York
- State of Oregon
- State of Rhode Island
- State of Vermont
- Commonwealth of Virginia
- State of Washington